UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00218-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) |
| (1) KEVIN ALEXANDER MCDONALD, | ) ORDER |
| Defendant. | ) |

THIS MATTER is before the Court on Defendant's *pro se* Motion for Compassionate Release (Doc. No. 118).

The Court hereby ORDERS the Government to respond to Defendant's motion. The Government shall have **ninety (90) days** from the date of this Order to file its response with the Court. The Government shall advise the United States Probation Office if the Government believes a supplemental Presentence Investigation Report will be required.

IT IS SO ORDERED.

Signed: April 14, 2021

Frank D. Whitney
United States District Judge

1